IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SELECT MEDICAL CORPORATION d/b/a REGENCY HOSPITAL CO., | : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION No. 5:11-CV-406 (CAR) |
| SHARON F. ALLEN | : : : | |
| Defendant. | : : | |

ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Presently before the Court is the Report and Recommendation from United States Magistrate Judge Charles H. Weigle that judgment be entered in favor of Plaintiff and that Plaintiff be awarded compensatory damages in the amount of $76,331.82, punitive damages in the amount of $54,250.00, and attorney's fees in the amount of $8,250.00, for a total judgment of $138,831.82. [Doc. 14]. Defendant Sharon F. Allen has not filed an objection to the Recommendation. Having reviewed the Report and Recommendation, the Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Report and Recommendation of the United States Magistrate Judge [Doc. 14] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. The Clerk of Court is hereby DIRECTED to enter judgment in favor of Plaintiff for

$76,331.82 in compensatory damages; $54,250.00 in punitive damages; and $8,250.00 for attorney's fees, for a total judgment of $138,831.82.

**SO ORDERED,** this 17th day of May, 2013.

S/  C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

SSH